Charlotte Long, Esq. (State Bar No. 347160)
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
(469) 578-1464
***Counsel for Trans Union LLC***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIN LINK,<br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and GREEN DOT CORPORATION;<br><br>Defendants. | Case No.: 8:26-cv-02064-FWS-MAR<br><br>Hon. Fred W. Slaughter<br><br>**DEFENDANT TRANS UNION LLC'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEFENSES** |

COMES NOW, Trans Union LLC ("Trans Union"), by and through its attorney, hereby answers Plaintiff's Complaint as follows:

**PRELIMINARY STATEMENT**

1. Trans Union admits that Plaintiff purports to bring an action with Fair Credit Reporting Act 15 U.S.C. § 1681, et seq. ("FCRA") and Consumer Credit Reporting Agencies Act ("CCRAA") claims but denies the remaining allegations of this paragraph.

**<u>JURISDICTION AND VENUE</u>**

2. Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p. Trans Union denies the remaining allegations of this paragraph.

3. Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union denies the remaining allegations of this paragraph.

4. Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p. Trans Union denies the remaining allegations of this paragraph.

**PARTIES AND SERVICE**

**Plaintiff Erin E. Link**

5. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

6. Trans Union admits that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 of the Complaint and, therefore, denies same.

**Defendant Equifax Information Services LLC**

7. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

8. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

9. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

**Defendant Trans Union LLC**

10. Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

11. Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Because

of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

12. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

**Defendant Green Dot Corporation**

13. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

14. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## ARTICLE III STANDING

15. Trans Union denies that it violated the FCRA (or any other law). Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

## FACTUAL ALLEGATIONS

16. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

17. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

18. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

19. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

20. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

21. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

22. Trans Union admits that on May 22, 2026, it sent Plaintiff her Trans Union consumer disclosure. Trans Union will not admit to the File Number for Plaintiff because it will not reveal personal identifying information on the public docket. Because of the vague and generalized nature of the remaining allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

23. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

24. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

25. Trans Union admits that on July 24, 2026, it sent Plaintiff its reinvestigation results. Trans Union will not admit to the File Number for Plaintiff because it will not reveal personal identifying information on the public docket. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

26. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

27. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

28. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

29. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

**FIRST CAUSES OF ACTION**
**Violations of the Fair Credit Reporting Act**
**Negligent Violation of 15 U.S.C. § 1681i(a) as to Equifax and TransUnion**

30. Trans Union reasserts its answers and responses set forth herein.

31. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

32. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

33. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

34. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

35. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

36. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they

do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

**SECOND CAUSE OF ACTION**
**Violations of the Fair Credit Reporting Act**
**Willful Violation of 15 U.S.C. § 1681i(a) as to Equifax and TransUnion**

37. Trans Union reasserts its answers and responses set forth herein.

38. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

39. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

40. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

41. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

42. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

43. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

**THIRD CAUSE OF ACTION**
**Violations of the Fair Credit Reporting Act**
**Negligent Violation of 15 U.S.C. § 1681e(b) as to Equifax and TransUnion**

44. Trans Union reasserts its answers and responses set forth herein.

45. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

46. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

47. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

48. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

49. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

50. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

**FOURTH CAUSE OF ACTION**
**Violations of the Fair Credit Reporting Act**
**Willful Violation of 15 U.S.C. § 1681e(b) as to Equifax and TransUnion**

51. Trans Union reasserts its answers and responses set forth herein.

52. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

53. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

54. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

55. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

56. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

57. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## FIFTH CAUSE OF ACTION
## Violations of the Consumer Credit Reporting Agencies Act
## Negligent Violation of Cal. Civ. Code § 1785.14 as to Equifax and TransUnion

58. Trans Union reasserts its answers and responses set forth herein.

59. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

60. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

61. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

62. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

63. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

64. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## SIXTH CAUSE OF ACTION
## Violations of the Consumer Credit Reporting Agencies Act
## Willful Violation of Cal. Civ. Code § 1785.14 as to Equifax and TransUnion

65. Trans Union reasserts its answers and responses set forth herein.

66. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

67. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

68. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

69. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

70. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

71. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

**SEVENTH CAUSE OF ACTION**
**Violations of the Fair Credit Reporting Act**
**Negligent Violation of 15 U.S.C. § 1681s-2(b) as to Defendant Green Dot**

72. Trans Union reasserts its answers and responses set forth herein.

73. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

74. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

75. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

76. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

77. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

78. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

79. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

**EIGHTH CAUSE OF ACTION**
**Violations of the Fair Credit Reporting Act**
**Willful Violation of 15 U.S.C. § 1681s-2(b) as to Defendant Green Dot**

80. Trans Union reasserts its answers and responses set forth herein.

81. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

82. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

83. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

84. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

85. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

86. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

87. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## DEMAND FOR TRIAL BY JURY

88. Trans Union admits that Plaintiff demands a jury and objects to the extent that any of the issues demanded are not so triable.

## PRAYER FOR RELIEF

Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## DEFENSES

1. Without admitting it has a burden of proof on the issue, at all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and the CCRAA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2. Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3. Trans Union, in compliance with the FCRA and the CCRAA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4. Trans Union at all times acted in compliance with the FCRA and the CCRAA.

5. Plaintiff failed to mitigate their alleged damages.

6. Plaintiff's claims for exemplary or punitive damages and the FCRA, the CCRAA, and damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of California.

7. To the extent Trans Union could be found liable, Plaintiff was comparatively/contributorily negligent.

8. In the event that a settlement is reached between Plaintiff and any other person or entity, Defendant Trans Union is entitled to any settlement credits permitted by law.

9. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

10. Trans Union reserves the right to assert additional defenses that it may learn of through the course discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint dismiss the action in its entirety, grant Defendant its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

TRANS UNION, LLC

Dated: September 11, 2026 *<u>/s/ Charlotte Long</u>*

Charlotte Long, Esq. (SBN #347160)
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: (469) 578-1464
E-Mail: charlotte.long@transunion.com

*Counsel for Defendant Trans Union, LLC*