UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-02064-FWS-MAR Date: November 2, 2026
Title: Erin Link v. Equifax Information Services, LLC, et al

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal — Courtroom Deputy
Not Reported — Court Reporter

Attorneys Present for Plaintiff: Not Present
Attorneys Present for Defendant: Not Present

**PROCEEDINGS: SCHEDULING ORDER**

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for November 12, 2026, and sets the following schedule:

| | |
|---|---|
| Check one: [ X ] Jury Trial or [ ] Bench Trial<br>**[Tuesday at 8:00 a.m.]** | **01/04/2028** |
| Parties' *Estimated* Trial Length | **2-3 days** |
| Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m.]** | **12/16/2027** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]**<br>**(no earlier than 6 weeks from the date of this Order)** | |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | **06/18/2027** |
| Expert Disclosure (Initial) | **07/02/2027** |
| Expert Disclosure (Rebuttal) | **08/02/2027** |
| Expert Discovery Cut-Off | **09/01/2027** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing | **11/4/2027** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>[ ] 1. Magistrate Judge<br>[ ] 2. Court's Mediation Panel<br>[ X ] 3. Private Mediation | **11/19/2027** |
| Deadline to File Joint Status Report Regarding Settlement | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-02064-FWS-MAR Date: November 2, 2026
Title: Erin Link v. Equifax Information Services, LLC, et al

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact & Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Proposed Findings of Fact & Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Affirmative Deposition Designation(s) | **11/30/2027** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Form(s) (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Objections and Counter Deposition Designation(s) | **12/03/2027** |

**cc: ADR** Initials of Deputy Clerk: rrp